Sook H. Lee (SBN 162307)
LAW OFFICES OF SOOK H. LEE
3700 Wilshire Blvd., Suite 993
Los Angeles, California 90010
Tel: 213-382-1881
Fax: 213-382-1919
E-mail: sookhlee@logisticslaw.net

E-FILED: 6/23/2008
**JS-6**

Attorneys for Plaintiff
CHINA PACIFIC PROPERTY INSURANCE CO., LTD.,
as subrogee of SHANGHAI GENERAL MOTORS CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CHINA PACIFIC PROPERTY INSURANCE CO., LTD., a/s/o SHANGHAI GENERAL MOTORS CO. LTD.,<br><br>            Plaintiff,<br><br>vs.<br><br>SEA TRADE INTERNATIONAL, INC.; and CLARK FREIGHT LINES INC.,<br><br>            Defendants.<br>_____<br><br>RELATED CROSS-CLAIN AND THIRD PARTY COMPLAINT<br>_____ | Case No.: CV07-00110GHK(AJWx)<br><br>**[~~PROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE** |

- 1 -

Pursuant to the Stipulation for Dismissal with Prejudice, signed and submitted by the parties to this action, plaintiff China Pacific Property Insurance Co. LTD. ("China Pacific"), and defendants Sea Trade International, Inc. ("Sea Trade"), Clark Freight Lines Inc. ("Clark Freight") and Air & Sea Pak Co. dba Corrigan Air & Sea Cargo Systems ("Corrigan"), and third-party defendants Cosco Container Lines America, Inc. Cosco Logistics (America), Inc. and Intermodal Bridge Transport, Inc. (collectively "Cosco entities"), and Ryder Integrated Logistics, Inc., by and through their counsel for record, and good cause existing therefore,

IT IS HEREBY ORDERED that the entire case shall be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated:      6/23      , 2008